```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Williams,<br><br>        Plaintiff,<br><br>  -against-<br><br>Doe et al.,<br><br>        Defendants. | 22-cv-04224-PAE-SDA<br><br>**<u>ORDER</u>** |

STEWART D. AARON, United States Magistrate Judge:

  Pro se Plaintiff is reminded that, pursuant to Judge Engelmayer's *Valentin* Order, ECF No. 7, he must file an amended complaint naming the John and Jane Joe defendants within thirty days of his receipt of the identities of each John and Jane Doe whom Plaintiff seeks to sue and the address where each defendant may be served. The Law Department provided this information in its December 19, 2022 letter, ECF No. 11. Accordingly, Plaintiff shall file his amended complaint no later than January 18, 2023.

  The Court will not issue any summonses at this time. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the newly named defendants to waive service.

SO ORDERED.

Dated: December 21, 2022
     New York, New York

                      _____
                        STEWART D. AARON
                        United States Magistrate Judge