UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jason Williams,

                         Plaintiff,

        -against-

John Doe et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2023

22-cv-04224 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, currently incarcerated at the Wallkill Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that jail officials failed to protect him from assault. By Order dated August 16, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[1] Named as Defendants are Department of Correction ("DOC") Captain Luis Alana (Shield #260), Correction Officer Carlton Tabureau (Shield #1766), Correction Officer Efuru Crooks (Shield #1227), Correction Officer Anne Hinton (Shield #17108), Former Correction Officer Raymond Zimmerman (Shield #6637) and Former Correction Officer Jeannie Santiago (Shield #7830) (collectively, the "DOC Defendants").

**ORDER OF SERVICE**

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Commissioner Louis A. Molina waive service of summons as to the DOC Defendants. No later than Friday, March 24, 2023, DOC Defendants shall advise the Court whether they waive service of summons.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

In addition, Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to standard discovery requests, applies to this action. The standard discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this Order, Defendants must serve responses to these standard discovery requests unless the Court orders otherwise, upon good cause shown.

## CONCLUSION

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order.

The Clerk of Court shall serve a copy of this Order on the New York City Law Department at: ServiceECF@law.nyc.gov.

**SO ORDERED.**

Dated: March 10, 2023
New York, New York

STEWART D. AARON
United States Magistrate Judge