UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jason Williams,<br><br>                      Plaintiff,<br><br>-against-<br><br>John Doe et al.,<br><br>                      Defendants. | 22-cv-04224 (PAE) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

        On September 6, 2023, the Law Department filed a letter informing the Court that Plaintiff failed to serve responses to defendants' First Set of Document Requests and Interrogatories.[1] (9/6/23 Ltr., ECF No. 25.) In order to prosecute his case in this Court, Plaintiff is required to comply with discovery requests and deadlines.

        IT IS HEREBY ORDERED THAT, no later than October 23, 2023, Plaintiff shall respond to the outstanding document requests and interrogatories. If Plaintiff fails to timely respond, sanctions may be imposed, up to and including a recommendation that his case be dismissed for failure to prosecute.

        IT IS FURTHER ORDERED THAT, on October 25, 2023, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

---

[1] Pursuant to the Case Management Plan, Plaintiff was required to respond to the document requests no later than Monday, August 21, 2023. (Case Management Plan, ECF No. 24.)

Dated: September 21, 2023
New York, New York

_____
STEWART D. AARON
United States Magistrate Judge