UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WILLIAMS,

                    Plaintiff,

-v-

JOHN DOE, et al.,

                    Defendants.

22 Civ. 4224 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 9, 2023 defendants filed a motion to dismiss the complaint for failure to prosecute under Federal Rule of Civil Procedure 41(b). Dkt. 31. Plaintiff shall file a response, if any, by November 27, 2023. This deadline accounts for the intervening Thanksgiving holiday.

Plaintiff is forewarned that failure to meet this deadline may result in a dismissal of his action without prejudice.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 14, 2023
       New York, New York