UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON WILLIAMS,

                              Plaintiff,

-v-

LUIS ALANA, ET AL.,

                             Defendants.

22 Civ. 4224 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 9, 2023, defendants filed a motion to dismiss for failure to prosecute under Federal Rule of Civil Procedure 41(b) after a long period of inaction by the plaintiff in this case. *See* Dkt. 31 (detailing case history). On November 14, 2023, this Court ordered that plaintiff should file a response to the motion to dismiss by November 27, 2023, warning that failure to do so could result in a dismissal for failure to prosecute. Dkt. 32. As this date has now come and passed without any word from the plaintiff, and in light of plaintiff's failure to abide multiple deadlines to this point, the Court will now dismiss this action, without prejudice, for failure to prosecute pursuant to Rule 41(b). *See* Fed. R. Civ. P. 41(b).

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: December 6, 2023
        New York, New York